472 A.2d 270

Commonwealth v. Perrins, Appellant.

Submitted February 1, 1984. Patrick J. Flannery, Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BECK and HOFF-MAN, JJ.

Affirmed.